IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARK A. MERRELL                                                                                    PLAINTIFF

v.                                         Case No. 4:22-cv-4072

LIEUTENANT KAREN GHORMLEY, Nevada
County Detention Center; DEB JORDAN,
Corrections Officer, Nevada County Jail                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 23, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Bryant recommends that Plaintiff's Second Amended Complaint (ECF No. 12) be dismissed. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Second Amended Complaint (ECF No. 13) is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is warned that the dismissal of this case may be counted as a strike for purposes of 28 U.S.C. § 1915(g). The Clerk is directed to place a § 1915(g) strike flag on this case.

**IT IS SO ORDERED**, this 14th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge